UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COX ENTERPRISES, INC.,

          Plaintiff,

-vs-                                      Case No. 6:04-cv-698-Orl-28KRS

NEWS-JOURNAL CORPORATION,
HERBERT M. DAVIDSON, JR., MARC L.
DAVIDSON, JULIA DAVIDSON TRUILO,
JONATHAN KANEY, JR., DAVID
KENDALL, ROBERT TRUILO, GEORGIA
KANEY, PMV, INC., and LIVELY ARTS
CENTER, INC.,

          Defendants.

## ORDER

Before the Court is "Defendants' Motion to Reconsider Its Ruling Affirming Magistrate's Order and Motion to Stay" (Doc. 117). This motion seeks relief from an Order (Doc. 116) issued by the undersigned judge overruling Defendants' objection to an Order (Doc. 106) issued by the Magistrate Judge requiring production of a memo authored by Defendant News-Journal Corporation's ("NJC") attorney. The Order (Doc. 116) requires NJC to produce the document to Plaintiff no later than tomorrow, May 4, 2005.

Although it appears from the Court file that NJC'S latest motion raises a new argument, this Court temporary stays the production of the document in question until the Court has an opportunity to consider Plaintiff's response.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___3___ day of May, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party