**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COX ENTERPRISES, INC.,**

        **Plaintiff,**

-vs-                                         **Case No.  6:04-cv-698-Orl-28KRS**

**NEWS-JOURNAL CORPORATION,**
**HERBERT M. DAVIDSON, JR., MARC L.**
**DAVIDSON, JULIA DAVIDSON TRUILO,**
**JONATHAN KANEY, JR., DAVID**
**KENDALL, ROBERT TRUILO, GEORGIA**
**KANEY, PMV, INC., and LIVELY ARTS**
**CENTER, INC.,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION TO QUASH NOTICE OF PRODUCTION FROM NON-PARTY AND SUBPOENAS SERVED ON ROBERT DUFFY, JEFFREY GORDON, LAREN UKMAN, JOHN MENNENGA, AND FRANCES ALFORD (Doc. No. 125)**
>
> **FILED:** May 19, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Federal Rule of Civil Procedure 45(c)(3)(A) provides, in part, that "the court by which a subpoena was issued shall quash or modify the subpoena" for certain, enumerated reasons. The

exhibits to the motion reflect that this Court did not issue the subpoenas that the defendants seek to quash. Therefore, this motion was filed in the incorrect court.

**DONE** and **ORDERED** in Orlando, Florida on May 23, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties