**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COX ENTERPRISES, INC.,**

        **Plaintiff,**

-vs-                                              **Case No. 6:04-cv-698-Orl-28KRS**

**NEWS-JOURNAL CORPORATION,**
**HERBERT M. DAVIDSON, JR., MARC L.**
**DAVIDSON, JULIA DAVIDSON TRUILO,**
**JONATHAN KANEY, JR., DAVID**
**KENDALL, ROBERT TRUILO, GEORGIA**
**KANEY, PMV, INC., and LIVELY ARTS**
**CENTER, INC.,**

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT NEWS-JOURNAL CORPORATION'S MOTION TO COMPEL MORE COMPLETE RESPONSES TO DISCOVERY REQUESTS (Doc. No. 126)** |
| **FILED:** | May 20, 2005 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Defendant News-Journal Corporation (News-Journal) asks the Court to compel more complete responses to certain interrogatories and requests for production served on Plaintiff Cox Enterprises, Inc. (Cox), including interrogatories 3 through 6. Cox contends in its response that News-Journal did not confer with it in good faith before filing the motion, as required by M.D. Fla. 3.01(g). It offers as

evidence of this assertion a letter dated December 2, 2004, in which Cox withdrew its objections to interrogatories 3 through 6.  Doc. No. 130, ex. D.  This letter is sufficient to establish that News-Journal did not fulfill its obligation under Rule 3.01(g) before filing the motion.  Accordingly, the motion is denied.

**DONE** and **ORDERED** this 13th day of June, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE