# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COX ENTERPRISES, INC.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:04-cv-698-Orl-28KRS**

**NEWS-JOURNAL CORPORATION, et al.,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration after oral argument on the following motions filed herein:

> **MOTION:** **DEFENDANT, NEWS-JOURNAL CORPORATION'S, *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF DEAN BONHAM (Doc. No. 144)**
>
> **FILED:** **JUNE 15, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice for the reasons stated on the record at the hearing.

> **MOTION:** DEFENDANT, NEWS-JOURNAL CORPORATION'S, *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF WILLIAM L. JENNINGS AND TO EXCLUDE OTHER EXPERTS' TESTIMONY AS TO ALLEGED MISCONDUCT BY DEFENDANT (Doc. No. 142)
>
> **FILED:** JUNE 15, 2005
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice for the reasons stated on the record at the hearing.

It is **ORDERED** that News-Journal Corporation (NJC) shall be permitted to renotice the deposition of Dean Bonham and notice the deposition of Bonham's assistants regarding the methodology and application of the methodology underlying Bonham's expert opinion in this case, including requesting disclosure of information that Bonham previously refused to disclose. NJC may also require the deponents to produce documents that were used or relied upon in reaching the expert opinion. Cox Enterprises, Inc. (Cox) shall produce Bonham and any of his assistants noticed by NJC for depositions to be conducted on or before September 1, 2005, on such dates and times mutually agreed to by counsel.[1] Cox shall bear the costs of any expert fees charged by Bonham or his staff for depositions. A renewed motion to exclude Bonham's testimony, if necessary, shall be filed and served on or before September 19, 2005.

---

[1] If counsel have difficulty scheduling depositions, they may arrange a telephone hearing by contacting my courtroom deputy clerk. Any such hearing shall be attended by the proposed deponents. All proposed participants in the depositions should have their schedules available at the hearing for consultation as I will determine the date, place and time for the depositions at the hearing.

If Bonham is subsequently precluded from testifying in this matter, William L. Jennings may not rely on Bonham's testimony as a basis for his opinion.

**DONE** and **ORDERED** in Orlando, Florida on August 19, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties