# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COX ENTERPRISES, INC.,**

      **Plaintiff,**

**-vs-**                                    **Case No. 6:04-cv-698-Orl-28KRS**

**NEWS-JOURNAL CORPORATION, et al.,**

      **Defendants.**

## ORDER

This cause came on for consideration after oral argument on the following motion filed herein:

> **MOTION:** NJC DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE EXPERT TESTIMONY OF OWEN D. VAN ESSEN (Doc. No. 141)
>
> **FILED:** June 15, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice for the reasons stated on the record at the hearing.

**DONE** and **ORDERED** in Orlando, Florida on August 19, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Parties