# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COX ENTERPRISES, INC.,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:04-cv-698-Orl-28KRS**

**NEWS-JOURNAL CORPORATION, et al.,**

        **Defendants.**

## ORDER

This cause came on for consideration after oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF COX ENTERPRISES, INC.'S MOTION FOR LIMITED REOPENING OF DISCOVERY (Doc. No. 149)**
>
> **FILED:** June 15, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** for the reasons stated on the record at the hearing .

**DONE** and **ORDERED** in Orlando, Florida on August 19, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties