UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**COX ENTERPRISES, INC.,**

      **Plaintiff,**

-vs-                                        Case No. 6:04-cv-698-Orl-28KRS

**NEWS-JOURNAL CORPORATION,
HERBERT M. DAVIDSON, JR., MARC L.
DAVIDSON, JULIA DAVIDSON TRUILO,
JONATHAN KANEY, JR., DAVID
KENDALL, ROBERT TRUILO, GEORGIA
KANEY, and PMV, INC.,**

      **Defendants.**

## ORDER

This cause is before the Court on Cox's "Motion for Leave to Amend May 23, 2008 Motion to Set Aside" (Doc. 412). The Court grants Cox's motion, and it is hereby **ORDERED** that:

1. Cox's "Motion for Leave to Amend May 23, 2008 Motion to Set Aside" (Doc. 412) is **GRANTED** insofar as it pertains to requested permission to withdraw without prejudice Cox's prior request that the Court invalidate the Key-Manager Severance Agreements .

2. The Court will consider no evidence as it relates to the Key Manager Severance Agreements at the hearing scheduled for September 24, 2008. The September 24, 2008 hearing is limited to consideration of Cox's request that the Court invalidate the Executive Severance Agreements of Georgia Kaney and David Kendall.

3. With respect to the Key-Manager and Executive Severance Agreements, the Court reserves for later consideration Cox's request for fees and costs against the individual Defendants and PMV, Inc., pursuant to a schedule to be determined after the September 24, 2008 hearing.

4. Intervenor Boykin W. Moore's "Motion for Three Week Continuation of Hearing on Plaintiff's Motion to Set Aside Key Manager Agreements" (Doc. 429) is **DENIED**.

5. Intervenor Douglas Hodson's "Motion for an Order Clarifying Whether the Court Will Consider Matters Relating to the 'Key-Manager' Agreements at the Hearing to be Held on September 24, 2008" (Doc. 435) is **DENIED** as **MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 22 day of September, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party