UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COX ENTERPRISES, INC., a Delaware
corporation,

        Plaintiff,

v.

NEWS-JOURNAL CORPORATION, a Florida
corporation, HERBERT M. DAVIDSON, JR.,
MARC L. DAVIDSON, JULIA DAVIDSON
TRUILO, JONATHAN KANEY, JR., DAVID
KENDALL, ROBERT TRUILO, GEORGIA
KANEY, PMV, INC., a Florida corporation, and
LIVELY ARTS CENTER, INC., a Florida
corporation,

        Defendants.
_____/

CASE NO. 6:04-cv-698-0rl-28KRS

## INTERVENORS GEORGIA KANEY AND DAVID KENDALL'S RESPONSE TO INTERVENOR CATHY COUGHLIN'S OBJECTIONS TO REPORT AND RECOMMENDATION DATED AUGUST 11, 2009

Intervenors Georgia Kaney ("Kaney") and David Kendall ("Kendall") respond to Intervenor, Kathy Coughlin's ("Coughlin") Objections to Magistrate Judge Spaulding's Report and Recommendation dated August 11, 2009 (Doc. 539). Magistrate Judge Spaulding's Report and Recommendation (Doc. 534; the "Magistrate Judge's Recommendations") recommends the denial of motions to assess attorney's fees and costs filed by Coughlin (Doc. 456) and by Intervenors Lori Kopp, Cory Lancaster, and Donald D. Lindley (Doc. 458) (collectively, the "Motions"). The Motions ask the Court to award attorney's fees and costs incurred by those Intervenors in this action, and assert justifications for awards against Plaintiff Cox Enterprises, Inc. ("Cox"), Defendant News-Journal Corporation ("NJC"), and Intervenors Kaney and Kendall.

The Magistrate Judge's Recommendations should be adopted by this Court, and Coughlin's objections overruled. In support, Kaney and Kendall incorporate herein by reference their original responsive memorandum opposing the Motions (Doc. 466), to the extent the Motions (and therefore Coughlin's objections) seek relief against Kaney and Kendall. In addition, Kaney and Kendall advise the Court that in their response to Magistrate Judge Spaulding's Order dated August 11, 2009 (Doc. 2009), Kaney and Kendall disclosed to Cox that Kaney and Kendall had paid for their own attorneys fees in defense of Cox's Motion to Set Aside the Severance Agreements. A further assessment against them for the fees and costs incurred by fellow employees/Intervenors Coughlin, Kopp, Lancaster and Lindley would be a punitive measure not justified by this record.

DAVID L. EVANS
Florida Bar Number 260312
JAMES R. LUSSIER
Florida Bar Number 362735
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
devans@mateerharbert.com
jlussier@mateerharbert.com
Attorneys for Intervenors,
Georgia Kaney and David Kendall

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2 day of September, 2009, I electronically filed the foregoing with the Clerk of the Court by using the *CM/ECF* system which will send a notice of electronic filing to the following Service List unless otherwise indicated.

Courtney Kneece Grimm
cgrimm@bedellfirm.com

David Hathaway
dhathaway@deanmead.com

John A. DeVault, III
jad@bedellfirm.com

Michael Chapman
michael.chapman@hklaw.com

| | |
|---|---|
| Peter C. Canfield<br>pcanfield@dowlohnes.com | Dennis K. Bayer<br>denbayer@aol.com |
| Edward H. Beasley, Jr.<br>Beazley@beazleylaw.com | Rutledge R. Liles<br>rliles@lgcglaw.com |
| Franklin B. Burt<br>fgb@jordenusa.com | Martha A. Chapman<br>marty@martychapmanlaw.com |
| Jeffrey Sullivan<br>jsullivan@stidhamlawyers.com | Katie L. Dearing<br>kdearing@lgcglaw.com |
| David I. Spector<br>dspector@schwarzberglaw.com | Thomas J. Pilacek<br>tpilacek@pilacek.com |
| Scott W. Atherton<br>scott@schwarzberglaw.com | |

DAVID L. EVANS
Florida Bar Number 260312
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
devans@mateerharbert.com

Attorneys for Georgia Kaney and David Kendall

4828-1200-1028, v. 1