**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COX ENTERPRISES, INC.,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:04-cv-698-Orl-28KRS**

**NEWS-JOURNAL CORPORATION,
HERBERT M. DAVIDSON, JR., MARC L.
DAVIDSON, JULIA DAVIDSON TRUILO,
JONATHAN KANEY, JR., DAVID
KENDALL, ROBERT TRUILO, GEORGIA
KANEY, and PMV, INC.,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Receiver's Motion to Approve Proposed Sale of Real Property (Doc. 536). The Receiver requests that the Court approve the sale of certain parcels of real estate owned by NJC. The provisions of 28 U.S.C. § 2001, et seq., govern the sale of realty pursuant to a Court order. Section 2001(b) provides that "[a]fter a hearing, of which notice to all interested parties shall be given by publication or otherwise as the court directs, the court may order the sale of such realty or interest or any part thereof at private sale for cash or other consideration and upon such terms and conditions as the court approves, if it finds that the best interests of the estate will be conserved thereby." 28 U.S.C. § 2001(b). Additionally, § 2001(b) requires that before confirmation of a private sale, the Court appoint three disinterested persons to appraise the property at issue. Id.

It is hereby **ORDERED** that Doyle Appraisal Services, Inc., which has already performed an appraisal of the property at issue, is appointed as an appraiser pursuant to § 2001(b) *nunc pro tunc*. (See Composite Ex. A to Doc. 536). However, because the Receiver has not requested a hearing or provided the requisite number of appraisals, the Motion to Approve Proposed Sale of Real Property (Doc. 536) is **DENIED WITHOUT PREJUDICE**. Should the Receiver wish to proceed with the private sale, the Receiver shall either comply with the requirements of § 2001(b) or provide the Court with authority supporting deviation from the statutory scheme.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4th day of September, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party