UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COX ENTERPRISES, INC.,

    Plaintiff,

-vs-                                    Case No. 6:04-cv-698-Orl-28KRS

NEWS-JOURNAL CORPORATION,
HERBERT M. DAVIDSON, JR., MARC L.
DAVIDSON, JULIA DAVIDSON TRUILO,
JONATHAN KANEY, JR., DAVID
KENDALL, ROBERT TRUILO, GEORGIA
KANEY, and PMV, INC.,

    Defendants.

## ORDER

This case is before the Court on Intervenor Kathy Coughlin's Motion for an Order Providing Entitlement to an Award of Attorney's Fees and Costs (Doc. No. 456) filed October 6, 2008, and Intervenors Lori Kopp, Cory Lancaster and Donald D. Lindley's Motion for an Order Granting Entitlement to Attorney's Fees and Costs (Doc. No. 458) filed October 7, 2008. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and consideration of Intervenor Kathy Coughlin's Objections to the Report and Recommendation (Doc. No. 539), Intervenors Georgia Kaney and David Kendall's Response to Intervenor Kathy Coughlin's Objections to the Report and Recommendation (Doc. No. 544), and Cox and Receiver Hopson's Response to Coughlin's Objections to the Report and Recommendation

(Doc. No. 547), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 11, 2009 (Doc. No. 534) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Intervenor Kathy Coughlin's Motion for an Order Providing Entitlement to an Award of Attorney's Fees and Costs (Doc. No. 456) is **DENIED.**

3. Intervenors, Lori Kopp, Cory Lancaster and Donald D. Lindley's Motion for an Order Granting Entitlement to Attorney's Fees and Costs (Doc. No. 458) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 11th day of September, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party