# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

COX ENTERPRISES, INC.,

Plaintiff,

-vs-	Case No. 6:04-cv-698-Orl-28KRS

NEWS-JOURNAL CORPORATION,
HERBERT M. DAVIDSON, JR., MARC L.
DAVIDSON, JULIA DAVIDSON TRUILO,
JONATHAN KANEY, JR., DAVID
KENDALL, ROBERT TRUILO, GEORGIA
KANEY, and PMV, INC.,

Defendants.

## ORDER

This cause is before the Court on the Report and Recommendation of United States Magistrate Judge Spaulding that this Court vacate its order (Doc. 549) adopting a previous Report and Recommendation (Doc. 534) denying Intervenor Kathy Coughlin's motion for an award of attorney's fees (Doc. 456). The basis of Magistrate Judge Spaulding's Recommendation is that after she issued her first Report and Recommendation, she learned that Intervenor Coughlin's attorneys had changed firms, thereby creating a conflict for her. Based on that conflict, Judge Spaulding recused herself and withdrew her Report and Recommendation on Intervenor Coughlin's motion for an award of attorney's fees (Doc. 561). Magistrate Judge Spaulding also directed the Clerk to recharacterize the Joint Motion for Reconsideration of Order Regarding Remittal of Disqualification (Doc. 556) as an objection to Judge Spaulding's Order of Recusal.

After an independent *de novo* review of the record in this matter, and noting that no objections have been filed to the Report and Recommendation, the Court adopts the Report and Recommendation (Doc. 562). The Order adopting the earlier Report and Recommendation (Doc. 549) is **VACATED in part.** Only the portion of the Order adopting the Report and Recommendation as to Intervenor Coughlin's motion for fees and costs and denying the motion (Doc. 456) is hereby **VACATED**. The Clerk of the Court is directed to reinstate Intervenor Coughlin's motion for fees and costs (Doc. 456) and refer it to Magistrate Judge David Baker for a Report and Recommendation.

The objection to Magistrate Spaulding's Order of Recusal (Doc. 556) is overruled.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 30 day of December, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party