IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| COX ENTERPRISES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NEWS-JOURNAL CORPORATION, a Florida corporation, HERBERT M. DAVIDSON, JR., MARC L. DAVIDSON, JULIA DAVIDSON TRUILO, JONATHAN KANEY, JR., DAVID KENDALL, ROBERT TRUILO, GEORGIA KANEY, and PMV, INC., a Florida corporation,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>6:04-CV-698-JA-DAB |

### NOTICE OF MOTION TO APPROVE SALE

NOTICE IS HEREBY GIVEN that James W. Hopson, Receiver for the News-Journal Corporation ("NJC"), is filing today, this 6th day of January, 2010, a Motion requesting Court approval, in accordance with the Order Appointing Receiver entered on April 17, 2009 in Case No. 6:04-CV-698-JA-DAB, in the United States District Court, Middle District of Florida, Orlando Division (Doc. No. 507), of the sale of the publishing operations of NJC pursuant to the terms of an Asset Purchase Agreement now publicly on file with the Court as an exhibit to the Motion.



EXHIBIT C

In accordance with the Court's April 17, 2009 order, any party may file a response or objection to the proposed sale. Such response or objection must be filed within 11 days of the filing of the Motion, or until the end of the next day that is not a Saturday, Sunday, or legal holiday, i.e., by January 19, 2010.

DATED this 6th day of January, 2010.

    LILES, GAVIN, COSTANTINO & GEORGE

    By: Rutledge R. Liles
       Florida Bar No. 102805
       rliles@lgcglaw.com
       Katie L. Dearing
       Florida Bar No. 184632
       kdearing@lgcglaw.com
       225 Water Street, Suite 1500
       Jacksonville, Florida 32202
       Telephone: (904) 634-1100
       Facsimile: (904) 634-1234

    Attorneys for Receiver James Hopson and the News-Journal Corporation