UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COX ENTERPRISES, INC.,
a Delaware corporation,

    Plaintiff,

v.                                Case No. 6:04-cv-698-JA-DAB

NEWS-JOURNAL CORPORATION,
a Florida corporation, HERBERT M.
DAVIDSON, JR., MARC L. DAVIDSON,
JULIA DAVIDSON TRUILO, JONATHAN
KANEY, JR., DAVID KENDALL, ROBERT
TRUILO, GEORGIA KANEY, and
PMV, INC., a Florida corporation,

    Defendants.
_____/

## MARC L. DAVIDSON, JULIA DAVIDSON TRUILO AND ROBERT TRUILO'S JOINDER IN PMV'S OBJECTION TO PROPOSED SALE OF NEWS-JOURNAL CORPORATION'S PUBLISHING OPERATIONS TO STEPHENS

Defendants, Marc L. Davidson, Julia Davidson Truilo and Robert Truilo (the "Davidson Family"), by and through undersigned counsel, hereby join Defendant. PMV, Inc. ("PMV") in its Objection to the Proposed Sale of News-Journal Corporation's Publishing Operations to Stephens ("PMV Objection") (Doc. 584).

    1.    On January 6, 2010, Cox Enterprises, Inc. ("Cox") and Receiver James W. Hopson ("Mr. Hopson") filed their Joint Motion for Hearing and

Approval of and Direction to Complete Sale of Publishing Operations to Halifax Media Acquisition LLC, an Affiliate of Stephens Capital Partners LLC and Stephens Investment Holdings LLC (Doc. 576) ("Joint Motion").

  2. The Court's Order of April 17, 2009, provides that any party may file a response or objection to a proposed sale within 11 days after a proposed sale is presented to the Court for approval. (Doc. 507).

  3. In the Joint Motion, Cox and Mr. Hopson together request this Court approve the sale of News-Journal Corporation's ("NJC") publishing operations for $20.074 million (Doc. 576-2, p. 9).

  4. The proposed purchase price is a small fraction of the $272 million value that this Court determined to be the fair market value of NJC in its Order of June 30, 2006. (Doc. 251). As a result of that Order, Cox holds a judgment against NJC in the amount of $129.2 million (Doc. 263).

  5. After anticipated payments to creditors, payments for pensions, and the satisfaction of other liabilities, Cox is likely to receive less than $5 million from the purchase price, leaving at least 96% or more of the judgment unsatisfied.

  6. Like PMV, no deficiency can be pursued against the Davidson Family, as the Court has already determined that Cox "shall take nothing" from

the other defendants in the case.[1]  (Doc. 263).  However, the proposed sale for only a fraction of the judgment is not in the best interests of NJC.

7.   The proposed sale should not be approved by the Court because it is contrary to Florida law, as described in detail within the PMV Objection.

8.   The Davidson Family incorporates by reference the arguments and assertions contained within the above-referenced PMV Objection and seeks the same relief requested therein, along with any other relief this Court deems just and proper.

/s/ Robert W. Lang
MICHAEL L. CHAPMAN, ESQUIRE
Florida Bar No. 843555
michael.chapman@hklaw.com
ROBERT W. LANG, ESQUIRE
Florida Bar No. 128112
bob.lang@hklaw.com
HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, FL  33602
(813) 227-8500
(813) 229-0134

Attorneys for Defendants, MARC L. DAVIDSON, JULIA DAVIDSON TRUILO, and ROBERT TRUILO

---

[1] Specifically, the Order of September 27, 2006 provides that "[t]he Clerk is directed to enter a judgment providing that Plaintiff Cox Enterprises, Inc. shall recover from Defendant News-Journal Corporation the sum of $129.2 million in accordance with the terms set forth in this Order" and that "[t]he judgment shall further provide that Plaintiff Cox Enterprises, Inc. shall take nothing from the other Defendants in this case -- Herbert M. Davidson, Jr., Marc L. Davidson, Julia Davidson Truilo, Jonathan Kaney, Jr., David Kendall, Robert Truilo, Georgia Kaney, PMV, Inc., and Lively Arts Center, Inc."  (Doc. 262).  Judgment was entered on September 28, 2006 again stating that "Plaintiff, Cox Enterprises, Inc., shall take nothing from the other defendants, Herbert M. Davidson, Marc L. Davidson, Julia Davidson Truilo, Jonathan Kaney, Jr., David Kendall, Robert Truilo, Georgia Kaney, PMV, Inc., and Lively Arts Center, Inc."  (Doc. 263).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants and further notify anyone else who is, or has ever been, on the Court's service list for this matter:

**Scott W. Atherton** - scott.atherton@akerman.com

**Dennis K. Bayer** - denbayer@aol.com,skatescla@bellsouth.net

**Edward Howard Beazley , Jr** - beazley@beazleylaw.com

**Darryl M. Bloodworth** - dbloodworth@deanmead.com,nbuckner@deanmead.com

**Franklin G. Burt** - fgb@jordenusa.com,pjc@jordenusa.com

**Peter C. Canfield** - pcanfield@dowlohnes.com,lgaither@dowlohnes.com,ehutton@dowlohnes.com

**Martha A. Chapman** - marty@MartyChapmanLaw.com,irene@martychapmanlaw.com,martychapmanlaw@gmail.com

**Cobb Cole** - Bruce.Hanna@CobbCole.com

**John Andrew DeVault , III** - jad@bedellfirm.com,ghw@bedellfirm.com,aub@bedellfirm.com

**Katie Lee Dearing** - kdearing@lgcglaw.com,khill@lgcglaw.com,jgioello@lgcglaw.com

**J. Brennan Donnelly** - brennan@donnellylawfirm.com,veronica@donnellylawfirm.com

**Mayanne Downs** - mdowns@kbdzlaw.com,fedctfilings@kbdzlaw.com,astringer@kbdzlaw.com

**David Leonard Evans** - devans@mateerharbert.com,kcross@mateerharbert.com

**Courtney Kneece Grimm** - cgrimm@bedellfirm.com,mmoon@bedellfirm.com

**Bruce A. Hanna** - Bruce.Hanna@CobbCole.com,Jenny.Skeen@CobbCole.com,Holly.Greene@CobbCole.com

**David P. Hathaway -** dhathaway@deanmead.com,dforbes@deanmead.com

**Kelly B. Holbrook -** kholbrook@broadandcassel.com,bphipps@broadandcassel.com

**David B. King -** dking@kbdzlaw.com,aprice@kbdzlaw.com,fedctfilings@kbdzlaw.com

**Rutledge Richardson Liles -**
rliles@lgcglaw.com,khill@lgcglaw.com,spisarek@lgcglaw.com

**James Robert Lussier  -** jlussier@mateerharbert.com,kchurch@mateerharbert.com

**Richard J. Ovelmen -** rjo@jordenusa.com,ma@jordenusa.com,dk@jordenusa.com

**Thomas J. Pilacek -** tpilacek@pilacek.com,dbrock@pilacek.com,gdavis@pilacek.com

**David I. Spector -** david.spector@akerman.com,kim.roark@akerman.com

**Jeffrey Sullivan -**
JSULLIVAN@STIDHAMLAWYERS.COM,jstidham@stidhamlawyers.com,yvonne@STIDHAMLAWYERS.COM

**Kathy Tiller -** skatescla@bellsouth.net

**Frederick S. Wermuth  -**
fwermuth@kbdzlaw.com,sloring@kbdzlaw.com,fedctfilings@kbdzlaw.com

I FURTHER HEREBY CERTIFY that on January 19, 2010, I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

| | |
|---|---|
| Leonard A. Marsh<br>33 Winding Creek Way<br>Ormond Beach, FL 32174 | Dennis F. Kozak<br>27 Spinnaker Circle<br>South Daytona, FL 32119 |
| Stephen Blais<br>4168 Grand Avenue<br>DeLand, FL 32720 | Lori Gamboa<br>5862 Cypress Estates Drive<br>ElktoN, FL 32033 |
| Rex D. Smith<br>2240 Brian Avenue<br>South Daytona, FL 32119 | Ellen Andrews<br>80 Big Buck Trail<br>Ormond Beach, FL 32174 |
| Gerald Laurelli<br>2061 Taylor Road<br>Port Orange, FL 32128 | Laurence S. Saffer<br>3333 South Atlanta Avenue, #1804<br>Daytona Beach Shores, FL 32118 |

| | |
|---|---|
| Thomas M. Lindley<br>789 Falcon Drive<br>Port Orange, FL 32127 | Gary E. Flatt, Sr.<br>833 Narcissus Street<br>Holly Hill, FL 32117 |
| Thomas S. Brown<br>824 Black Duck Drive<br>Port Orange, FL 32127 | Kenneth R. Hornack<br>213 Lynnhurst Drive<br>Ormond Beach, FL 32176 |
| Suzanne D. Kridner<br>343 Aleatha Drive<br>Daytona Beach, FL 32114 | Emery M. Jefferys<br>528 Sherwood Oaks Road<br>Orange City, FL 32763-6359 |
| Bruce J. Kuehn<br>2460 Jerry Circle<br>Port Orange, FL 32128 | Andrew E. Mikula<br>329 Grove Street<br>Ormond Beach, FL 32174 |
| Laura Stewart<br>810 W. Howry Avenue<br>DeLand, FL 32720 | Susan Wright<br>824 E. River Oak Drive<br>Ormond Beach, FL 32174 |

/s/ Robert W. Lang
Attorney

# 9112788_v1