**From:** Corporate
**Sent:** Wednesday, January 06, 2010 10:23 AM
**To:** News-Journal Everyone
**Subject:** It's in the Judge's hands now

**DATE:**     6 JANUARY 2010

**TO:**     NEWS-JOURNAL, PENNYSAVER AND COMPLETE PHONE BOOK PEOPLE

**FROM:**     JIM HOPSON

**SUBJECT:**     IT'S IN THE JUDGE'S HANDS NOW

Folks:

Early this morning, my attorneys sent to Judge Antoon my motion that the publishing business of the News-Journal Corporation be sold to Halifax Media Acquisition LLC.  Halifax Media is a partnership comprised of Stephens Capital, a large Arkansas-based private equity investor; the family corporation of Rupert Phillips, a Florida investor and newspaper operator; and Michael Redding, a newspaper executive who was the News-Journal's classified manager once upon a time.  Assuming the judge approves the sale, Michael Redding will become publisher of The News-Journal and CEO of the business.

Now that our motion is in the judge's hands, people interested in intervening or commenting on the proposed sale have 11 days in which to make their comments or raise objections.  At the end of that 11 day period the judge will consider our motion as well as any comments and objections, and eventually make his ruling.  We do not know how long it will take the judge to make up his mind, but we are confident that he will ultimately approve our motion and permit the sale to go forward.  The business will actually change hands shortly after the judge gives us the green light.

The sale of the business will not resolve all open issues.  Once the company sells and the money's in the bank, we will begin to pull together another recommendation to the judge to distribute the money from the sale among Cox and other potential creditors.  At that time we will bring the Pension Benefit Guarantee Corporation (PBGC) to the table to make a final determination on how the pension plan will be wrapped up.  The sale motion submitted today does not deal with pension matters.

This is a big day for you and this company.  The legal hassling and the long period of uncertainty is coming to an end, and you and the new owners can begin to focus your energies on the future of the business and the best interests of readers, advertisers, employees and owners together.  Thanks to you and the strength and resilience of this publishing business, the company is emerging from a difficult couple of years in surprisingly good shape.  I appreciate your hard work during our association, and expect that you and your new owners will be successful.

P