# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COX ENTERPRISES, INC.,**

    **Plaintiff,**

**-vs-**  Case No. 6:04-cv-698-Orl-28KRS

**NEWS-JOURNAL CORPORATION, HERBERT M. DAVIDSON, JR., MARC L. DAVIDSON, JULIA DAVIDSON TRUILO, JONATHAN KANEY, JR., DAVID KENDALL, ROBERT TRUILO, GEORGIA KANEY, and PMV, INC.,**

    **Defendants.**

_____

# ORDER

This case is before the Court on Intervenor Kathy Coughlin's Motion for an Order Providing Entitlement to an Award of Attorney's Fees and Costs (Doc. No. 456) filed October 6, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed February 9, 2010 (Doc. No. 602) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Intervenor Kathy Coughlin's Motion for an Order Providing Entitlement to an Award of Attorney's Fees and Costs (Doc. 456) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 3rd day of March, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge