# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COX ENTERPRISES, INC.,**

      **Plaintiff,**

-vs-                                    **Case No. 6:04-cv-698-Orl-28KRS**

**NEWS-JOURNAL CORPORATION,
HERBERT M. DAVIDSON, JR., MARC L.
DAVIDSON, JULIA DAVIDSON TRUILO,
JONATHAN KANEY, JR., DAVID
KENDALL, ROBERT TRUILO, GEORGIA
KANEY, and PMV, INC.,**

      **Defendants.**

## ORDER

This case is before the Court on Cox Enterprises, Inc.'s ("Cox") Motion as to Fees and Expenses Incurred in Connection with Setting Aside Executive Severance Agreements (Doc. No. 719) filed July 27, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by Intervenors Georgia Kaney and David Kendall (Doc. No. 732), and Cox's response thereto (Doc. No. 734), the objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 13, 2012 (Doc. No. 730) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Cox's Motion as to Fees and Expenses Incurred in Connection with Setting Aside Executive Severance Agreements (Doc. No. 719) is **GRANTED in part.**

3. Cox is awarded $320,963.60 in attorney's fees as a sanction imposed on Georgia Kaney and David Kendall, jointly and severally.

4. The Clerk of the Court is directed to enter judgment in accordance with paragraph 3 above.

**DONE and ORDERED** in Chambers, Orlando, Florida this __13__ day of December, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party