# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COX ENTERPRISES, INC.,**

                **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:04-cv-698-Orl-28DAB**

**NEWS-JOURNAL CORPORATION,
HERBERT M. DAVIDSON, JR., MARC L.
DAVIDSON, JULIA DAVIDSON TRUILO,
JONATHAN KANEY, JR., DAVID
KENDALL, ROBERT TRUILO, GEORGIA
KANEY, and PMV, INC.,**

                **Defendants.**
_____

## ORDER

Following the presentation of evidence at the recent hearing in this matter, the parties chose to forego oral argument in favor of presenting their positions by written brief.  The parties are therefore directed to file Proposed Findings of Fact and Conclusions of Law, along with a separate brief (not to exceed 20 pages), by **February 12, 2014.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 15, 2014.

                                            *David A. Baker*
                                         DAVID A. BAKER
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record